IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-58-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| JOVANNE LEE ASHLEY, | |
| Defendant. | |

Defendant having filed a Motion to Change Plea (Doc. 18) on June 19, 2017,

IT IS HEREBY ORDERED that the trial set for August 21, 2017 is **VACATED**.

IT IS FURTHER ORDERED that a change of plea hearing is set for **Friday, July 7, 2017 at 9:30 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana, at which time the court will consider his motion to change his plea of not guilty to a plea of guilty. The time between June 19, 2017 and July 7, 2017 is excludable under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(D).

DATED this 20th day of June, 2017.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge

1