
FILED
SEP 0 1 2017
Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOVANNE ASHLEY,<br><br>Defendant. | Case No. CR-17-58-BLG-SPW<br><br>ORDER ALLOWING FILING OF<br>DOCUMENT UNDER SEAL |

Upon Defendant's Motion to File Document Under Seal (Doc. 23), and for good cause appearing,

IT IS HEREBY ORDERED that the Defendant's Psychological Evaluation is filed under seal.

The Clerk of the Court is directed to notify counsel of the making of this Order.

DATED this ___1st___ day of September, 2017.

_____
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1